No. 980. McALVAY ET AL. *v.* STOCKWELL ET AL. Decided May 23, 1938. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a),

Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for a writ of certiorari, as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Joseph L. Lewinson* for appellants. *Mr. Nathan Newby* for appellees.